

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-25-00246-CV

---

In re City of Dallas, Texas, Relator

---

## AN ORIGINAL PROCEEDING IN MANDAMUS

---

## MEMORANDUM OPINION

This is an original proceeding for a writ of injunction ancillary to a pending appeal, coupled with a motion for emergency relief. We deny both the motion for emergency relief and the writ of injunction.

The City of Dallas (the City), Relator, is the Appellant in an appeal styled *City of Dallas v. Dallas Police and Fire Pension System*, which is pending in this Court under Cause No. 08-25-

00020-CV (Trial Cause No. D-1-GN-24-004948).[1] That ancillary appeal concerns a dispute over the adoption of a funding plan by the Dallas Police & Fire Pension System (the System), the Real Party in Interest in this proceeding. Among other terms, the adopted plan sets the contributions required by the City and it grants cost-of-living adjustments (COLAs) to the System's members. The System sued the City of Dallas seeking declaratory judgment of the respective rights and obligations of the parties under the governing statutes. The City counterclaimed for competing declarations to invalidate the System's plan, arguing it violated statutory limitations imposed on its adoption. The trial court rendered a final judgment declaring the System's funding plan had the force of law unless and until the Legislature preempted it or it was amended. The City filed a notice of appeal that also included notice of the suspension of the enforcement of any final judgment pending resolution of the appeal. *See* Tex. Civ. Prac. & Rem. Code Ann. § 6.002(b) (providing that a municipality may appeal from a judgment without giving supersedeas or cost bond); *see also* Tex. R. App. P. 25.1(h)(2).

Most recently, on October 14, 2025, the City filed a motion for emergency relief and this petition for writ of injunction to enforce suspension of the trial court's judgment and to prohibit the System from making COLA payments to retirees during the pendency of the appeal in Cause No. 08-25-00020-CV. On the same day, the City also filed an emergency motion in Cause No. 08-25-00020-CV in which it made a duplicate claim and sought the same relief.

On October 15, 2025, we issued a temporary administrative stay of the enforcement of the trial court's judgment in Cause No. 08-25-00020-CV, including a stay of the System's payment of any COLA payments pursuant to that judgment. On October 17, 2025, after considering the emergency motion, response, and reply filed in the pending appeal in Cause No. 08-25-00020-CV,

---

[1] We take judicial notice of the case file for the ancillary appeal. *See In re Estate of Hemsley*, 460 S.W.3d 629, 638 (Tex. App.—El Paso 2014, pet. denied).

we granted the City's emergency motion. We ordered the trial court's judgment to remain suspended and clarified that our order included suspension of the payment of COLAs by the System in accordance with the retirement funding plan, which is otherwise enforced by the trial court's judgment that is the subject of the appeal. The emergency relief granted in Cause No. 08-25-00020-CV remains in effect until further orders of this Court.

Because we have granted the very same relief in the ancillary appeal that is requested in this proceeding, we determine the subject of this petition is moot and no longer a live controversy. *See Seals v. City of Dallas*, 249 S.W.3d 750, 754 (Tex. App.—Dallas 2008, no pet.) (issue becomes moot when controversy no longer exists). We deny the City's petition for lack of jurisdiction based on mootness. For the same reason, we also deny the City's emergency motion.


GINA M. PALAFOX, Justice


October 24, 2025

Before Salas Mendoza, C.J., Palafox, J., and Benavides, J. (Senior Judge)
Benavides, J. (Senior Judge), sitting by assignment